# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

ABRAHAM TEKLE GEBREYOHANNES,    *
                                    *
                                    *

         Petitioner,           *        CIVIL ACTION NO.: 5:17-cv-81
                                    *

      v.                           *
                                    *

PATRICK GARTLAND,               *
                                    *

         Respondent.          *

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 11, to which Petitioner Abraham Tekle Gebreyohannes failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES AS MOOT** Gebreyohannes' Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, and **DENIES** Petitioner leave to proceed *in forma pauperis* on appeal.

The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ___26___ day of ___October___, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)